**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7527

DARNELL JONES,

Petitioner - Appellant,

versus

THOMAS LAWSON; HAROLD A. BLACK; WARDEN OF THE
AUGUSTA CORRECTIONAL CENTER,

Respondents - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-95-1025-R)

Submitted:  December 19, 1995          Decided:  January 5, 1996

Before MURNAGHAN and NIEMEYER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Darnell Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Jones v. Lawson</u>, No. CA-95-1025-R (W.D. Va. Sept. 19, 1995).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We gather from Appellant's notice of appeal and informal brief to this court that he believes that those documents have begun the exhaustion process. In order to satisfy the exhaustion requirement of 28 U.S.C. § 2254(b), (c), Appellant must initiate a separate proceeding in state court.